# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STEPHANIE DOUGLAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 4:16-CV-01681 RWS |
| vs. | ) |
| | ) |
| CITY OF WELLSTON and POLICE | ) |
| OFFICER MICHAEL WEAVER, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Comes Now, Plaintiff, Stephanie Douglas, Defendants City of Wellston and Police Officer Michael Weaver, in his individual and official capacity, by and through their respective counsel, and states all matters in the above-captioned matter are resolved. Accordingly, the claims against Defendants should be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

Law Offices of Christopher Bent                    WALDECK & PATTERSON, P.A.

By:  /s/ Christopher Bent                          By:  /s/ *Meagan L. Blackwell-Patterson*
Christopher B. Bent, MO Bar #45875                 Meagan L. Blackwell-Patterson, MO Bar #58234
2200 West Port Plaza Drive, Ste 306                Matthew A. Tate,            MO Bar #67463
St. Louis, Missouri 63146                          5000 West 95th Street Ste. 350
                                                   Prairie Village, Kansas 66207

**ATTORNEYS FOR PLAINTIFF**                        **ATTORNEY FOR DEFENDANT CITY OF JENNINGS**

By: /s/ *Jana Richards*
    Jana V. Richards
    Jordan T. Stanley
    Sanders Warren Russell & Scheer LLP
    9401 Indian Creek Pkwy., Ste. 1250
    Overland Park, KS  66210
    Email:  j.richards@swrsllp.com
    Email: j.stanley@swrsllp.com

    Peters J. Dunne
    Pitzer Snodgrass, P.L.C.
    100 S. Fourth Street, Suite 400
    St. Louis, MO  63102-1821
    Email:  dunne@pspclaw.com

    **ATTORNEYS FOR DEFENDANT**
    **MICHAEL WEAVER**